NUMBER
13-11-00064-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


 



 

KEIONDRA TAMIKA ALLEN,                                                       Appellant,

 

                                                             v.

 

THE STATE OF TEXAS,                                                                 Appellee.

 



 

                           On
appeal from the 329th District Court 

of Wharton County,
Texas.

 



 

                               MEMORANDUM
OPINION

 

                      Before Justices
Garza, Benavides, and Vela

Memorandum Opinion
Per Curiam

 

Appellant,
Keiondra Tamika Allen, attempts to appeal her conviction for aggravated assault. 
The trial court has certified that Athe defendant has waived the right of
appeal.@  See Tex. R. App. P. 25.2(a)(2).

 








On
February 2, 2011, this Court notified appellant=s
counsel of the trial court=s certification and ordered counsel
to: (1) review the record; (2) determine whether appellant has a right to appeal;
and (3) forward to this Court, by letter, counsel=s findings as to whether appellant has a right to appeal,
or, alternatively, advise this Court as to the existence of any amended
certification.

On
February 5, 2011, counsel filed a letter brief with this Court.  Counsel=s response does not establish that the certification
currently on file with this Court is incorrect or that appellant otherwise has
a right to appeal.  

The
Texas Rules of Appellate Procedure provide that an appeal must be dismissed if
the trial court=s certification does not show that the
defendant has the right of appeal.  Tex.
R. App. P. 25.2(d); see Tex.
R. App. P. 37.1, 44.3, 44.4.  Accordingly, this appeal is DISMISSED.  

 

 

PER
CURIAM

 

Do not publish.  See Tex. R. App. P. 47.2(b).

 

Delivered and filed the

24th day of February, 2011.